## No. 9252.

### THE FULTON INVESTMENT COMPANY ET AL. *v*. TROGLER.

Decided October 8, 1917. Rehearing denied December 3, 1917.

Action for accounting and retransfer of property. Judgment for plaintiff.

*Affirmed.*
*On Application for Supersedeas.*

Mr. EDWIN H. PARK, Mr. THOMAS H. GIBSON, for plaintiffs in error.

Mr. WILLIAM H. DICKSON, for defendant in error.

*Department One.*

*Per Curiam:*

The application for supersedeas is denied and the judgment affirmed.

Mr. Justice Scott sitting for Mr. Chief Justice White.